# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| CHARLES A. STEWART, | ) |
| | ) CIVIL ACTION |
| Plaintiff, | ) FILE NO. CV422-150 |
| | ) |
| v. | ) Removed from Chatham County |
| | ) State Court, Civil Action No. |
| PEDRO OLIVERIO PATINO and | ) STCV22-00817 |
| BAKER ROOFING COMPANY, | ) |
| | ) JURY TRIAL DEMANDED |
| Defendants. | ) |
| | ) |

## PETITION FOR REMOVAL BY DEFENDANTS

COMES NOW Pedro Oliverio Patino and Baker Roofing Company, (hereinafter referred to as "Defendants") by and through undersigned counsel, and shows this Honorable Court the following:

1.

This civil action was filed in the State Court of Chatham County, Georgia, said county being part of the Southern District of Georgia. 28 U.S.C § 90(c)(3); S.D.G.A. Local Rule 2.1. This, the Savannah Division of this Court, is the proper Division for this removal as further set forth below.

2.

The action is a civil action for personal bodily injuries, lost earnings, and medical expenses, and the United States District Court for the Southern District of Georgia has jurisdiction by reason of the diversity of citizenship of the parties.

3.

The matter in dispute is believed to exceed $75,000.00, the statutory amount in controversy, exclusive of interest and costs, as evidenced by the Plaintiff's Complaint for Damages, attached as Exhibit "A," at pg. 7.  In such filing, Plaintiff claims damages in excess of $134,300.50.

4.

(a)    At the time of the commencement of this action in State Court, upon information and belief, and according to Plaintiff's Complaint for Damages, Plaintiff, Charles A. Stewart, was and is now, a citizen of Effingham County, Georgia.  [Complaint, pg. 1, ¶ 1].

(b)    Defendant Pedro Oliverio Patino at the time the action was commenced and at the present time, was and still is a citizen of the State of Tennessee.

(c)    Defendant Baker Roofing Company at the time the action was commenced and at the present time, was and still is a corporation, incorporated in

the State of North Carolina and maintaining its principal place of business in North Carolina.

5.

A true and correct copy of all process, pleadings, and orders served upon the Defendants in this action are attached hereto as Exhibit "B."

6.

This civil action is based on a controversy between citizens of different States and, as outlined above, the amount in controversy exceeds $75,000.00. As such, this matter has become ripe for removal based on diversity jurisdiction.

7.

The instant *Petition for Removal* is timely filed pursuant to and in accordance with 28 U.S.C. § 1446(b)(3) within thirty days after the service of Plaintiff's Complaint for Damages.

8.

Furthermore, the instant *Petition for Removal* is timely filed, pursuant to and in accordance with 28 U.S.C. § 1446(c)(1), within one year of the commencement of the action.

9.

Accordingly, this action, over which the United States District Court for the Southern District of Georgia has original jurisdiction under 28 U.S.C. § 1332, is removable to the United States District Court for the Southern District of Georgia pursuant to 28 U.S.C. § 1441.

10.

Venue is proper in the Savannah Division of the United States District Court for the Southern District of Georgia pursuant to 28 U.S.C. § 1441, 28 U.S.C. § 1391(b)(2), and S.D.G.A. Local Rule 2.1(c).  Specifically, a substantial part of the events complained of occurred in this district and no defendant is a resident of this district.

11.

As required by 28 U.S.C. § 1446(d), Defendants shall give written notice hereof to all adverse parties and shall file a copy of this *Petition for Removal* with the Clerk of the State Court of Chatham County.

WHEREFORE, Defendants, Pedro Oliverio Patino and Baker Roofing Company, request that this action proceed in this Court as an action properly removed to it.

Respectfully submitted, this the   16th   day of   June  , 2022.

| | |
|---|---|
| **GRAY, RUST, ST. AMAND,** | |
| **MOFFETT & BRIESKE, L.L.P.** | */s/ Matthew G. Moffett* |
| 950 East Paces Ferry Road, N.E. | Matthew G. Moffett |
| Suite 1700 – Salesforce Tower Atlanta | Georgia State Bar No.: 515323 |
| Atlanta, Georgia 30326 | *Attorney for Defendants* |
| Telephone:  (404) 870-7448 | |
| Facsimile:   (404) 870-1030 | |
| Email: mmoffett@grsmb.com | |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| CHARLES A. STEWART, | ) |
| | ) CIVIL ACTION |
| Plaintiff, | ) FILE NO. _____ |
| | ) |
| v. | ) Removed from Chatham County |
| | ) State Court, Civil Action No. |
| PEDRO OLIVERIO PATINO and | ) STCV22-00817 |
| BAKER ROOFING COMPANY, | ) |
| | ) JURY TRIAL DEMANDED |
| Defendants. | ) |
| | ) |

## CERTIFICATE OF SERVICE AND COMPLIANCE WITH L.R. 5.1

This is to certify that I have this day served the ***Petition For Removal by Defendants*** upon all counsel of record by electronic mail and depositing same in the United States mail in a properly addressed envelope with adequate postage thereon to:

**Jeffry J. Fitzpatrick, Jr., Esq.**
**RODEN LAW FIRM**
**333 Commercial Drive**
**Savannah, GA 31406**

Respectfully submitted, this the 16th day of June, 2022.

**GRAY, RUST, ST. AMAND,**
**MOFFETT & BRIESKE, L.L.P.**          */s/ Matthew G. Moffett*_____
950 East Paces Ferry Road, N.E.        Matthew G. Moffett

| | |
|---|---|
| Suite 1700 – Salesforce Tower Atlanta | Georgia State Bar No.: 515323 |
| Atlanta, Georgia 30326 | *Attorney for Defendants* |
| Telephone: (404) 870-7448 | |
| Facsimile: (404) 870-1030 | |
| Email: mmoffett@grsmb.com | |